UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------X
UNITED STATES OF AMERICA       :

    -against-            :
                                    <u>ORDER</u>
REGINE MAYALA,                 :
                                10-CR-627 (DMC)
    Defendant.              :
------------------------------X

    The defendant, REGINE MAYALA, having been placed on supervised release on March 19, 2009, and

    REGINE MAYALA, having successfully completed more than three years of supervised release, and

    There being no objection from the Government or the Department of Probation; it is hereby

    ORDERED, that REGINE MAYALA's motion for early termination of supervised release, as set forth in defense counsel's letter to the Court dated April 9, 2012, and pursuant to 18 U.S.C. §3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c), is granted.

    REGINE MAYALA is hereby terminated from supervised release

DATED:   Newark, NJ
          April __10th__, 2012

                                SO ORDERED:

                                _S/DENNIS M. CAVANAUGH_____
                                DENNIS M. CAVANAUGH
                                U.S. District Court Judge